UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JEHO KIM, *on behalf of himself and a class and* :
*collective of similarly situated individuals*, :
:
                              Plaintiff, :        22-CV-7049 (JMF)
:
        -v- :        <u>ORDER</u>
:
ANYTIME SOJU INC., 112 WEST INC., and :
SEUNGEUN JEONG, :
:
                            Defendants. :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On January 6, 2023, Plaintiff filed a Proposed Stipulation of Conditional Collective Certification. ECF No. 30. In the Proposed Stipulation, Plaintiff referenced two exhibits — the Notice of Pendency and a Consent to Join. Neither exhibit, however, was filed. The Court cannot and will not approve documents that it has not seen. Plaintiff is directed to file the the proposed Notice and Consent form on or before **January 11, 2023.**

        SO ORDERED.

Dated: January 9, 2023
       New York, New York

                                                                         JESSE M. FURMAN
                                                                   United States District Judge