UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeho Kim on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>Anytime Soju, Inc and Seungeun Jeong,<br><br>     Defendants, | Index No. 1:22-CV-07049-JMF<br><br>**STIPULATION OF CONDITIONAL COLLECTIVE CERTIFICATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above-captioned action, acting by means of their respective counsel, that

(1) Anytime Soju, Inc "(Corporate Defendant") and Seungeun Jeong ("Individual Defendant, and together with the Corporate Defendant as the "Defendants") consent to a conditional collective certification under §216(b) of the Fair Labor Standards Act ("FLSA") for all servers employed by the Defendants from March 7, 2019 to August 18, 2022 (the Covered Employees");

(2) Defendants will provide, with respect to the Covered Employees, in Excel format, the name, last known mailing addresses, (if any), all known telephone numbers and the last four digits of social security numbers (if known), within ten (10) days (the "Stipulated Production Date") from the date of this Order.

(3) Plaintiff's Counsel will mail the Notice of Pendency (Exhibit A) and a Consent to Join (Exhibit B) with translation in Korean to Covered Employees (the "Notices) within thirty (30) days from the date of this Order, and notify the Defendants' counsel of the mailing date, and prospective claimants will have Forty-Five (45) days thereafter to opt into this Action.

Dated:  January 6, 2023

<table>
<tr><td>

Ryan Kim Law, P.C.

By: _____
   Ryan J. Kim, Esq.
   222 Bruce Reynolds Blvd. Suite 490
   Fort Lee, NJ 07024
   Tel: (201)897-8787
   Email: ryan@ryankimlaw.com
   *Attorneys for Plaintiff*

</td><td>

Ahne & Ji, LLP

By: _____
   Younghoon Ji, Esq.
   45 East 34th Street, 5th floor
   New York, NY 10016
   Tel: (212) 594-1035
   Email: yji@ahnejillp.com
   *Attorneys for Defendants*

</td></tr>
</table>

_____
So Ordered