UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEHO KIM, on behalf of himself and a class and collective of similarly situated individuals,<br><br>　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>ANYTIME SOJU INC and SEUNGEUN JEONG,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO.: 22 Civ. 7049 (JMF) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' settlement in principle (ECF No. 41), the settlement conference scheduled for August 1, 2023 is CANCELLED.

The Clerk of Court is respectfully directed to terminate the August 1, 2023 conference.

Dated:　　　New York, New York
　　　　　　June 16, 2023

　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**SARAH L. CAVE**
　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**