**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Jeho Kim, <br><br>             Plaintiff, <br> v. <br><br> Anytime Soju, Inc and Seungeun Jeong, <br><br>            Defendants, | Index No. 22-CV-7049 <br><br> **NOTICE OF ACCEPTANCE** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Jeho Kim hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment, dated June 27, 2023, and annexed hereto as **Exhibit A**.

Dated: June 27, 2023.                                  Respectfully submitted,

                                                          By: _____
                                                              Ryan Kim, Esq.
                                                               Ryan Kim Law, P.C.
                                                               222 Bruce Reynolds Blvd. Suite 490
                                                               Fort Lee, NJ 07024
                                                               Tel.: (718) 573-1111
                                                               *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2023, I caused service of Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Younghoon Ji, Esq.
Ahne & Ji, LLP
45 East 34th Street, 5th Floor
New York, New York 10016
Email: yji@ahnejillp.com

By: /s/ Ryan Kim
     Ryan Kim, Esq.

     Ryan Kim Law, P.C.
     222 Bruce Reynolds Blvd. Suite 490
     Fort Lee, NJ 07024
     Tel.: (718) 573-1111
     *Attorney for Plaintiff*