UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeho Kim,<br><br>   Plaintiff,<br>v.<br><br>Anytime Soju, Inc and Seungeun Jeong,<br><br>   Defendants, | Index No. 22-CV-7049<br><br>**[PROPOSED]**<br><br>**RULE 68 JUDGMENT** |

  **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Anytime Soju, Inc and Seungeun Jeong (collectively, "Defendants"), having offered to allow Jeho Kim ("Plaintiff") to take a judgment against them, in the sum of Seventeen Thousand Five Hundred Dollars and No Cents ($17,500.00), with respect to Plaintiff's claims for relief, damages, fees, expenses, disbursements, and attorneys' fees incurred in this action, in accordance with the terms and conditions of Defendants' Rule 68 Offer, dated June 27, 2023, and filed as Exhibit A to Docket Number 46;

  **WHEREAS**, on June 27, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 46);

  It is **ORDERED** and **ADJUDGED**, that judgment is entered in favor of Plaintiff Jeho Kim, in the sum of Seventeen Thousand Five Hundred Dollars and No Cents ($17,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer, dated June 27, 2023, and filed as Exhibit A to Docket Number 46.

Dated: _____, 2023
      New York, New York

                                 By: _____
                                       Jesse M. Furman
                                       United States District Judge